# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00623-CV

**Damien Artist, Appellant**

**v.**

**MJ Craig & Associates, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 25CCV01071, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Damien Artist has filed a motion to dismiss his appeal from an eviction suit because he is no longer in possession of the property, and the appeal is moot. *See Weah v. Estancia Villas LLC*, No. 03-24-00150-CV, 2024 WL 2194485, at *2 (Tex. App.—Austin May 16, 2024, no pet.) (mem. op.) (dismissing moot appeal from eviction suit for want of jurisdiction). Appellee MJ Craig & Associates did not file a response to the motion. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: November 5, 2025